IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

MICHAEL BOLLWITT AND JERI BOLLWITT          PLAINTIFFS

V.          CAUSE NO. 1:20-CV-00112-SA-DAS

BAPTIST MEMORIAL HOSPITAL-GOLDEN
TRIANGLE, INC., ET AL          DEFENDANTS

## ORDER RESETTING PRETRIAL DEADLINES

Trial having been continued by Order of this Court [278] the following Pretrial deadlines are reset:

*Motions in limine deadline is January 5, 2023*

*Deadline for responses to Motions in limine is January 12, 2023.*

*Draft of Final Pretrial Order due by January 23, 2023.*

*Final Pretrial Conference is reset for January 26, 2023, at 10:00 p.m. in Oxford Visiting Magistrate Chambers.*

SO ORDERED this the 17th day of June, 2022.

/s/ David A. Sanders
_____
U.S. Magistrate Judge