# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

**MICHAEL BOLWITT and**
**JERI BOLLWITT**                                                                                   **PLAINTIFFS**

**VS.**                                                         **CAUSE NO. 1:20cv112-SA-DAS**

**BAPTIST MEMORIAL HOSPITAL –**                                       **DEFENDANTS**
**GOLDEN TRIANGLE, INC. et al.**

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 30, 2023, the Plaintiffs, by and through undersigned counsel, served upon all counsel of record the following:

1. Plaintiffs' Designation of Deposition Testimony.

RESPECTFULLY SUBMITTED, this the 31st day of January, 2023.

                                      MICHAEL BOLLWITT AND JERI BOLLWITT,
                                      PLAINTIFFS

                                      */s/ Shane F. Langston*
                                      SHANE F. LANGSTON

**ATTORNEYS FOR PLAINTIFFS:**
Shane F. Langston, MSB #1061
Rebecca M. Langston, MSB #99608
Matthew C. Raphael, MSB #105638
LANGSTON AND LANGSTON, PLLC
416 East Amite Street
Jackson, Mississippi 39201
Tel: 601-969-1356