# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

**MICHAEL BOLLWITT AND JERI BOLLWITT**　　　　　　　**PLAINTIFFS**

**V.**　　　　　　　　　　　　　　**CAUSE NO. 1:20CV112-SA-DAS**

**BAPTIST MEMORIAL HOSPITAL-GOLDEN**
**TRIANGLE, INC. D/B/A BAPTIST MEMORIAL**
**HOSPITAL-GOLDEN TRIANGLE; BRADLEY SUMRALL, PA-C;**
**TYRONE RUPERT, NP; ULANDERA ROBERTSON,**
**RN; UNITED EMERGENCY SERVICES OF MISSISSIPPI, LLC,**
**AND SCHUMACHER MANAGEMENT SERVICES, INC.**　　　　**DEFENDANTS**

---

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

---

On February 1, 2023, this Court entered an Order of Dismissal [Doc. # 322] dismissing this action without prejudice. The Court has now been advised by counsel that the resolution among the parties is now complete.

IT IS THEREFORE ORDERED that all claims and contentions of liability alleged by the Plaintiffs in the Complaint and any amendment thereto are hereby dismissed with prejudice.

SO ORDERED, this the 19th day of April, 2023.

_Sharion Aycock_
UNITED STATES DISTRICT JUDGE